UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JETE CROSBY** | * | **NO. 08-693** |
| | * | |
| | * | |
| **VERSUS** | * | **SECTION S (LEMMON)** |
| | * | |
| | * | |
| **BLUE CROSS/BLUE SHIELD** | * | **MAGISTRATE 4 (ROBY)** |
| **OF LOUISIANA** | * | |
| | * | |
| * * * * * * * | | |

**MOTION FOR SUMMARY JUDGMENT**

    **NOW INTO COURT**, through undersigned counsel, comes Defendant, Louisiana Health Service & Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana ("Blue Cross"), which submits this Motion for Summary Judgment. As set forth more fully in the Memorandum in Support, Plaintiff is unable to prove an essential element of her claim, namely that Blue Cross was arbitrary and capricious in its denial of her claims for benefits. Accordingly, summary judgment should be granted and Plaintiff's claims dismissed with prejudice and at her sole cost.

    Alternatively, Plaintiff's claims, which are based solely on state law, must be dismissed, with prejudice and at her sole cost, because the benefits determination at issue involves an

{N1919269.3}

Employee Benefit Plan regulated by the Employee Retirement Income Security Act ("ERISA"). Accordingly, Plaintiff's state law claims are preempted by ERISA.[1]

WHEREFORE, for the reasons set forth in the Memorandum in Support, Blue Cross respectfully requests that its Motion to For Summary Judgment be granted, and that Plaintiff's Petition be dismissed with prejudice, at Plaintiff's sole cost.

Respectfully submitted,

/s/ *Wade B. Hammett*
RICHARD J. TYLER, T.A. (#1155)
WADE B. HAMMETT (#31186)
Jones, Walker, Waechter, Poitevent
 Carrère & Denègre, LLP
201 St. Charles Ave., 49th Floor
New Orleans, LA 70170-5100
Telephone: (504) 582-8266
Fax: (504) 589-8266

AND

CHARLES A. O'BRIEN (#10143)
5525 Reitz Avenue
Post Office Box 98029
Baton Rouge, LA 70898-9029
Telephone: (225) 295-2454
Facsimile: (225) 297-2760

**Attorneys for Defendant, Louisiana Health Service & Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana**

---

[1] *See Pilot Life Ins. Co. v. Dedeaux*, 481 U.S. 41, 107 S. Ct. 1549 (1987)

{N1919269.3}

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by using the CM/ECF system, this 13th day of January, 2009.

                             /s/ *Wade B. Hammett*
                                WADE HAMMETT