UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JETE CROSBY** | **CIVIL ACTION** |
| **VERSUS** | **NO: 08-693** |
| **BLUE CROSS/BLUE SHIELD OF LOUISIANA** | **SECTION: "S" (4)** |

## JUDGMENT

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of the defendant, Blue Cross/Blue Shield of Louisiana, and against the plaintiff Jete Crosby, **DISMISSING** the complaint.

New Orleans, Louisiana, this  2nd  day of July, 2009.

**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**