UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JETE CROSBY** | * | **NO. 08-693** |
| | * | |
| **VERSUS** | * | **SECTION S (LEMMON)** |
| | * | |
| **BLUE CROSS/BLUE SHIELD**  * | | **MAGISTRATE 4 (ROBY)** |
| **OF LOUISIANA** | * | |

\* \* \* \* \* \* \*

**PLAINTIFF'S MOTION TO CLARIFY
JUDGE LEMMON'S NOVEMBER 13, 2012, ORDER AND REASONS**

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Jete Crosby, to move the Court to clarify the Court's November 13, 2012, Order and Reasons granting Plaintiff's partial Motion for Summary Judgment remanding Plaintiff's coverage determination to the defendant, Blue Cross Blue Shield ("BCBS") for a full and fair review.  Plaintiff respectfully requests that the Court issue an order clarifying to the Clerk that the case is not closed -- in part to allow for a determination regarding Plaintiff's anticipated application for attorneys' fees and costs and cause of action for penalties under ERISA (and also to allow for the precautionary filing of a Motion to Reconsider Magistrate Judge Roby's November 7, 2012, ruling.

      Respectfully submitted,

      */s/ Michael D. Letourneau*
      Gary J. Gambel (Bar No. 19864)
      Michael D. Letourneau (Bar No. 32556)
      MURPHY, ROGERS, SLOSS & GAMBEL
      One Shell Square
      701 Poydras Street, Suite 400
      New Orleans, Louisiana 70139
      Telephone: (504)523-0400
      Facsimile: (504) 523-5574

      *and*

Jennifer N. Willis (Bar No. 14877)
W<small>ILLIS</small> & B<small>UCKLEY</small>
3723 Canal Street
New Orleans, Louisiana 70119
Telephone: (504) 488-6300
Facsimile: (504) 488-6302

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 17th, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

*/s/ Michael D. Letourneau*